UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-140-RJC-DSC

HUBERT REAPE,

    Plaintiff,

v.

RAY MABUS,
Secretary of the Navy
    Defendant.

**ORDER**

**THIS MATTER** is before the Court on the parties' Joint Motion to Remand this matter to the Department of the Navy. (Doc. No. 9).

The parties have conferred and agree that this matter should be remanded. The Court finds good cause to grant the requested relief. It is therefore Ordered that this matter be remanded to the Department of the Navy in order to allow full consideration to the various claims asserted by the Plaintiff.

SO ORDERED.

Signed: July 20, 2015

Robert J. Conrad, Jr.
United States District Judge